**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In Re:**

**Water Marble Holding L.L.C.**

              Case No. 3:21-bk-1034
              Chapter 11

    **Debtor.**
_____/

**Debtor-In-Possession's Chapter 11 Case Management Summary**

  Water Marble Holding L.L.C., a Florida Limited Liability Company, pursuant to Administrative Order 2009-1, hereby files this Chapter 11 Case Management Summary. In support of this Summary, the Debtor would show:

**Introduction**

  The Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code on April 28, 2021. An order for relief was entered and pursuant to Sections 1107 and 1108 of the Bankruptcy Code the Debtor retained possession of its property, its assets, and is duly authorized as debtor-in-possession to continue the operation and management of its business. No trustee or examiner has been appointed in this bankruptcy case. A committee of unsecured creditors has not been appointed.

**Case Management Items**

 **I. Description of the Debtor's Business**

  Water Marble Holding, L.L.C. owns real property located at 45 Kernan Blvd N., Jacksonville, Florida 32246 which is leased out to a related hotel operating entity, Marble Waters Hotel & Suites, Inc. Additionally, there is a restaurant space in the property.

 **II. Location of Debtor's Operations and Whether Leased or Owned**

  The Debtor's principal place of business is 12335 Atlantic Blvd, Jacksonville, Florida 32225.

1

### III. Reasons for Filing Chapter 11

Water Marble Holding LLC leases its building to a hotel and restaurant, both viable industries. Since its conception in 2013 one of the current tenants (hotel) has come out of the start-up phase with a strong growing customer base. The hotel entity was making an est. of 1 million annually and 2020 was projected to increase; the first two months prior COVID-19 had already proven to show that increase. The hotel never closed during COVID-19 and kept its current staff employed the entire time. The restaurant in 2020 was in the process of opening during the first quarter until faced with COVID -19 and was unable to open its doors and currently is projected to open the second or third quarter of 2021. As previously stated, both viable industries.

This Debtor is involved in litigation with its long-term mortgager of whom it has had a long standing, good, and solid payment history; however, the lender was unwilling to re-organize and consider the major effect that COVID-19 has had on this business as many other are facing similar challenges; therefore, there was no other path of help for this business. Now, with COVID slowly moving behind us, vaccination numbers increasing, and support from the government on hard hit businesses the company sees a resurgence of public interest in travel, hotel lodging, and dining in restaurants. The company hopes the Court will grant this request to help sustain a viable business that will over all help the economy and employee many individuals.

### IV. List of Officers and Directors and Their Salaries and Benefits at the Time of Filing

| Name and Address | Title | Salary/Benefits |
| --- | --- | --- |
| Titus Harvest Dome Spectrum Church, Inc.<br>12335 Atlantic Blvd.<br>Jacksonville, Florida 32225 | Member | None |
| Cynthia Smith<br>12335 Atlantic Blvd.<br>Jacksonville, Florida 32225 | Manager | None for 2020 |
| Faye Refour<br>12335 Atlantic Blvd.<br>Jacksonville, Florida 32225 | Manager | None for 2020 |
| Charles Winney<br>12335 Atlantic Blvd.<br>Jacksonville, Florida 32225 | Manager | None for 2020 |

**V. Debtor's Annual Gross Revenues**

2021 Est. Gross Receipts – $0.00
2020 Est. Gross Receipts – $0.00
2019 Gross Receipts - $190,000.00

**VI. General Description and Value of Debtor's Assets**

The Debtor's main asset is the real estate located at 45 Kernan Blvd. N., Jacksonville, Florida 32246 which has a tax value of $3,072,000.00.

**VII. Number of Employees and Amount of Wages Owed as of Petition Date**

1 employee. No wages owed as of petition date.

**VIII. Status of Debtor's Payroll and Sales Tax Obligations**

The Debtor is current on employment taxes as well as sales taxes.

**IX. Anticipated Emergency Relief Within 14 Days of Petition Date**

The Debtor anticipates no emergency relief.

Dated: April 28, 2021

The Law Offices of Jason A. Burgess, LLC

Submitted by: _/s/ Jason A. Burgess_
Jason A. Burgess
Florida Bar No.: 40757
1855 Mayport Road
Atlantic Beach, Florida 32233
Phone: (904) 372-4791
Email: jason@jasonaburgess.com
*Counsel for Debtor-In-Possession*